# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02455-RPM

**SANCTUARY TREE AND GARDEN CARE, LLC,**

    **Plaintiff,**

**v.**

**INTEGRITY SALES & SERVICES, INC.,**

    **Defendant**

___

### ORDER RE: DEFENDANT INTEGRITY SALES & SERVICES, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
___

This matter having come before the Court on Defendant Integrity Sales & Services, Inc.'s Unopposed Motion to Extend time to File Responsive Pleadings, and being fully appraised in the matter;

HEREBY GRANTS the Unopposed Motion to Extend Time to File Responsive Pleadings up to and including December 7, 2016.

SO ORDERED this 22nd day of November, 2016.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge